Former decision, 558 U.S. 1154, 130 S. Ct. 1152, 175 L. Ed. 2d 983, 2010 U.S. LEXIS 663.

**No. 09-7610. Nicie Dillehay, Petitioner v. Department of Housing and Urban Development, et al.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2518.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1154, 130 S. Ct. 1168, 175 L. Ed. 2d 984, 2010 U.S. LEXIS 618.

**No. 09-7684. Anthony L. Davis, Petitioner v. United States, et al.; and Anthony L. Davis, Petitioner v. Kansas State Board of Indigent Defense Services, et al.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2442.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1129, 130 S. Ct. 1095, 175 L. Ed. 2d 913, 2010 U.S. LEXIS 388.

**No. 09-7729. Laurie Marie Laskey, Petitioner v. AT&T.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2496.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1292, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 867.

**No. 09-7730. Laurie Marie Laskey, Petitioner v. Fidelity Investments.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2390.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1292, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 938.

**No. 09-7731. Laurie Marie Laskey, Petitioner v. AT&T.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2406.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 909, 130 S. Ct. 1292, 175 L. Ed. 2d 1083, 2010 U.S. LEXIS 993.

**No. 09-7753. Laurie Marie Laskey, Petitioner v. Corning Cable Systems.**

559 U.S. 1033, 130 S. Ct. 1945, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2411.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 910, 130 S. Ct. 1293, 175 L. Ed. 2d 1084, 2010 U.S. LEXIS 830.

**No. 09-7754. Laurie Marie Laskey, Petitioner v. Intel Corporation.**

559 U.S. 1033, 130 S. Ct. 1947, 176 L. Ed. 2d 409, 2010 U.S. LEXIS 2490.

March 22, 2010. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this petition.